IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEFFREY DAVID CLAPSADL           :
                                 :
           v.                    :      CIVIL ACTION NO.  02-4621
                                 :
ROBERT SHANNON, ET AL.           :
                                 :

ORDER OF REPORT AND RECOMMENDATION

AND NOW, this       day of        ,       , in accordance with the procedure for the random assignment of habeas corpus cases, Local Civil Rule 72.1, and 28 U.S.C. §636(b) (1) (B), it is hereby

ORDERED that the above-captioned case is referred to the Honorable ARNOLD C. RAPOPORT, United States Magistrate Judge, for a report and recommendation.

BY THE COURT:

_____
R. BARCLAY SURRICK, J.

civrr