IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY DAVID CLAPSADL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-CV-4621 |
| ROBERT SHANNON, ET AL. | : | |

**ORDER**

AND NOW, this 27th day of August, 2003, upon consideration of Petitioner's unopposed Motion For Leave To Correct Verified Petitioner's Objection To Report And Recommendation Of U.S. Magistrate Judge (Doc. No. 6), it is ORDERED that the Motion is GRANTED.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, Judge