IN THE UNITED STATES DISTRICT COURT
                      FOR THE EASTERN DISTRICT OF PA


JEFFREY DAVID CLAPSADL,
            Plaintiff
                                        02-cv-4621
                                        District Court Docket Number
            vs.

ROBERT SHANNON, ET AL.
             Defendant

Notice of Appeal Filed <u>12/1/03</u>
Court Reporter(s)/ESR Operator(s)   ESR



Filing Fee:
        Notice of Appeal___paid __x__Not Paid     ____Seaman
        Docket Fee       ___Paid __x__Not Paid     ____USA/VI

CJA Appointment (Attach Copy of Order)

_____Private Attorney
_____Defender Association or Federal Public Defender
_____Motion Pending


Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach
copy of the Order)

_____Motion Granted
_____Motion Denied
_____Motion pending before district judge


Certificate of probable cause (state habeas corpus): (Attach copy
of the Order)

_____Granted
_____Denied
_____Pending

C: USCA
   Appeals Clerk
   Hon. R. Barclay Surrick
                        Defendant's Address (for criminal appeals)

_____

_____

                        Prepared by :_____12-1-03_____
_____Deputy Clerk Signature/Date

        PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
          THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS
notapp.frm